Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael F. Baccash, Assistant State's Attorneys, of counsel), for the People.

Dean S. Wolfson, and Francis E. Andrew, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. CYNTHIA DAVIS, Defendant-Appellant.

(No. 60679; ▮▮▮▮▮▮▮▮▮▮▮▮

First District (2nd Division)—April 8, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Bertina Lampkin, Assistant State's Attorneys, of counsel), for the People.